UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JANE JOY and THE ESTATE OF,
CHARLES T. JOY

    PLAINTIFFS                          JUDGMENT IN A CIVIL CASE

VS

BIOTRONIK, INC.,                          CASE NO: 2:08-cv-2143-V

    DEFENDANT

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Defendant's Motion For Summary Judgment, entered on June 18, 2008, pursuant to FRCP 41(b), this cause is dismissed with prejudice. Each party to bear its own costs.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| June 18, 2008 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

                                           s/Betty Guy
                                           (By) Deputy Clerk